IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SLT, LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 07-0815-CG-C |
| | ) |
| TRI KHAI TRAN, et al., | ) |
| | ) |
|     Defendants/Counterclaim | ) |
|     Plaintiff/Third-Party Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| STUART A. PARNELL, et al., | ) |
| | ) |
|     Third-Party Defendants. | ) |

## JUDGMENT

In accordance with the court's order on motions for summary judgment entered on March 2, 2009 (Doc. 100), it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of defendants V.T., K.T., TLVK, and Eye Express as to all claims against them in the first-party complaint. Therefore, all the plaintiff's claims against V.T. K.T., TLVK, and Eye Express are hereby **DISMISSED WITH PREJUDICE**, and Counts One, Two, Three, Four, Five, Six and Seven of the plaintiff's complaint against all defendants are hereby **DISMISSED WITH PREJUDICE**.

    **JUDGMENT** is further entered in favor of Tri Khai Tran, Lien Tran, V.T., K.T., TLVK, and Eye Express and against Stuart A. Parnell, Patty Parnell, The Nautical Group, The Nautical Group LLC, and The Nautical Group, s/b/a PMP, LLC as to Count Three of the third-party complaint, and said third-party plaintiffs are hereby awarded the sum of FORTY-ONE

THOUSAND SIX HUNDRED EIGHTY-ONE DOLLARS AND NO CENTS ($41,681.00) in principle and interest.

**DONE and ORDERED** this the 6th day of May, 2009.

                                            /s/ Callie V. S. Granade
                                  CHIEF UNITED STATES DISTRICT JUDGE